IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE, MD

**UNITED STATES OF AMERICA**

2018 AUG -3 P 4: 02

vs.

Case No. CCB-16-151

Jerome B. Efe AKA
Oluwaseun Areo

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 AUG -6 PM 2: 08

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __Wednesday, 8/8/18__ (date) at __2:00__ (time) before __Beth P Gesner__, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __3A__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

August 3, 2018
Date

J. Mark Coulson
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention